William Olsen, Plaintiff-Appellee, v. Civil Service Commission of the City of Chicago, Dolores L. Sheehan, John J. Ahearn and Albert W. Williams, Commissioners of the Civil Service Commission of the City of Chicago, and Department of Police of the City of Chicago, Defendants-Appellants.

Gen. No. 48,062. 

First District, Third Division.
November 23, 1960.

 John C. Melaniphy, Corporation Counsel of the City of Chicago (Sidney R. Drebin and John J. O'Toole, Assistant Corporation Counsel, of counsel) for appellants; Isadore I. Feinglass, of Chicago, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.